Florence J. Lorence, Plaintiff-Appellant, Edward Adams and Chester Adams, Defendants-Appellants, v. Alice H. Platecki, individually and as Administratrix of Estate of Marcella Dominiak, Deceased, Charlotte P. Morrison, Harry Morrison, Joseph Dominiak and Barney Dominiak, Defendants-Appellees.

Gen. No. 47,756.

First District, Second Division.
September 29, 1959.
Released for publication November 6, 1959.

 Robert D. Kelly, Kathryn L. Kelly, and Joseph L. Mack, for appellants; John J. Dobry, M. L. Libby, and George T. Spensley, for appellees. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.